No. 3,192.—MARY MURPHY ET AL., RESPONDENTS, *v.* ANNA
E. NETT, SPECIAL ADMINISTRATRIX, APPELLANT.

*Appeal from District Court, Lewis and Clark County.*

Decided May 29, 1912.

PER CURIAM.—Respondents' motion to dismiss the appeal
herein, this day submitted, is after due consideration by the
court granted, and the appeal is accordingly dismissed at the
cost of the appellant. (Motion to reinstate denied June 18,
1912.)

*Messrs. Galen & Mettler,* for Respondents.